PAYNE & FEARS LLP
Andrew J. Jaramillo, Bar No. 198303
ajj@paynefears.com
Steven K. Ganotis, Bar No. 234252
skg@paynefears.com
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
HOME DEPOT U.S.A., INC. (erroneously sued as Home Depot, Inc.)

Gerald A. Emanuel, Bar No. 51049
Amy Carlson, Bar No. 213294
acarlson@hinklelaw.com
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, CA 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051

Attorneys for Plaintiff SARAH NOLEN

*efiled 11/20/07

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SARAH NOLEN,<br><br>  Plaintiff,<br><br>v.<br><br>HOME DEPOT, INC., a Delaware Corporation; and DOES 1-50,<br><br>  Defendants. | CASE NO. C 07 0209 JF<br><br>**STIPULATION TO DISMISS ENTIRE ACTION; ORDER**<br><br>Judge: Jeremy Fogel<br>Date Filed: September 8, 2006<br>Trial Date: February 4, 2008 |

IT IS HEREBY STIPULATED by and between Plaintiff Sarah Nolen ("Nolen") and Defendant Home Depot U.S.A., Inc., through their counsel of record, that all claims for relief in the above-captioned action brought by Nolen be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own costs and attorneys' fees.

DATED: November 14, 2007

HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By: _____
AMY CARLSON
Attorneys for Plaintiff

DATED: November 12, 2007

PAYNE & FEARS LLP

By: _____
STEVEN K. GANOTIS
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT ALL CLAIMS FOR RELIEF IN THE ABOVE-CAPTIONED ACTION BROUGHT BY PLAINTIFF SARAH NOLEN BE, AND HEREBY ARE, DISMISSED IN THEIR ENTIRETY WITH PREJUDICE.

Dated: 11/19/07

_____
Honorable Jeremy Fogel